# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America v. | ) |
|---|---|
| Jared Paul Cantrell  DOB: XXXXXX<br>Quentin G. Cantrell  DOB: XXXXXX<br>Eric Andrew Cantrell  DOB: XXXXXX | ) Case: 1:22-mj-00051<br>) Assigned To : Faruqui, Zia M.<br>) Assign. Date : 3/7/2022<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Gary A. Warfield, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/08/2022

*Judge's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*