AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-cr-00121-TNM |
| Quentin G. Cantrell, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Eric Andrew Cantrell

Date: May 5, 2022

*Attorney's signature*

David J. Hensel, 15455-49
*Printed name and bar number*
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN 46244-0989
*Address*

dhensel@hooverhullturner.com
*E-mail address*

(317) 822-4400
*Telephone number*

(317) 822-0234
*FAX number*