UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-CR-121 (TNM) |
| | : | |
| JARED PAUL CANTRELL, | : | |
| QUENTIN G. CANTRELL, and | : | |
| ERIC ANDREW CANTRELL, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Attorney Jeffrey Kiok, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States. Assistant United States Attorney Alison Prout no longer represents the United States in this matter.

                                                Respectfully submitted,

                                                MATTHEW M. GRAVES
                                                United States Attorney
                                                D.C. Bar No. 481052

Date: June 14, 2022                  By:   */s/ Jeffrey A. Kiok*
                                                       JEFFREY A. KIOK
                                                         Attorney Detailed to the U.S. Attorney's
                                                        Office for the District of Columbia
                                                        N.Y. Bar No. 5400221
                                                        601 D Street, N.W.
                                                        Washington, DC  20530
                                                        Jeffrey.kiok2@usdoj.gov
                                                        (202) 307-5967