UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JARED CANTRELL )<br>_____ ) | CASE NO. 1:22-cr-00121-1 (TNM) |

**NOTICE OF JOINING MOTIONS**

Defendant, Jared Cantrell, is charged in counts 1, 2, 3, and 4 of the pending Information in this matter. By and through undersigned counsel, Mr Cantrell provides notice to the Court and parties that he joins and adopts the his co-defendant's motion to dismiss. Specifically, he joins the motion filed at PACER ECF 33.

Respectfully Submitted,

/s/ *Peter A. Cooper*

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Notice of Joining Motions is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 14th day of July, 2022.

/s/ *Peter A. Cooper*

Peter A. Cooper