UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED PAUL CANTRELL, QUENTIN G. CANTRELL, and ERIC ANDREW CANTRELL,<br><br>Defendants. | Case No. 1:22-cr-121 (TNM) |

## ORDER

Upon consideration of the [37] Stipulated Scheduling Order, the Court adopts the proposed scheduling order. The parties are hereby ORDERED to adhere to the following deadlines:

- Rule 12 motions and any motions in limine due on February 20, 2023; oppositions due on March 13, 2023; replies, if any, due on March 20, 2023.

- The Government's expert disclosures are due January 30, 2023; the Defendants' expert disclosures are due February 13, 2023.

- The Government's Rule 404(b) disclosures are due on February 4, 2023.

- Defendants' Rule 16(b) disclosures are due February 13, 2023.

- Any motions in limine regarding reciprocal discovery evidence are due by February 20, 2023; oppositions, if any, due March 13, 2023.

- A pre-trial motions hearing will be set for April 3, 2023 the morning of trial.

- The parties shall file their joint pretrial statement on March 29, 2023.

- The Government shall make all grand jury and Jencks Act disclosures on or before April 3, 2023.

- The Government shall respond to the Defendants' Motion to Dismiss by September 26, 2022; Defendants' reply, if any, is due October 3, 2022.  A virtual status conference on the motion will take place on October 7, 2022 at 2:30 p.m.  At the hearing, the Court will also conduct a colloquy on Defendants' waiver of a trial by jury.

**SO ORDERED**.

Dated: July 19, 2022                                      TREVOR N. McFADDEN, U.S.D.J.