UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No.: 22-cr-121 (TNM) |
| : | |
| JARED PAUL CANTRELL, : | |
| QUENTIN G. CANTRELL, and : | |
| ERIC ANDREW CANTRELL, : | |
| : | |
| Defendants. : | |

NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to AUSA Zachary Phillips, who may be contacted by telephone at (720) 281-1611 and (303) 454-0118 or email at Zachary.phillips@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:    /s/ Zachary Phillips
          ZACHARY PHILLIPS
          Assistant United States Attorney
          CO Bar No.31251
          United States Attorney's Office, Detailee
          1801 California Street, Suite 1600
          Denver, CO 80202
          Telephone: (303) 454-0118
          Zachary.phillips@usdoj.gov

# **CERTIFICATE OF SERVICE**

On this 7th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No.31251
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (720) 281-1611
Zachary.phillips@usdoj.gov