UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        v.<br><br>JARED PAUL CANTRELL,<br>QUENTIN G. CANTRELL, and<br>ERIC ANDREW CANTRELL,<br><br>        Defendants. | Case No.: 22-CR-121-TNM |

**GOVERNMENT'S UNOPPOSED MOTION TO
EXTEND TIME TO FILE MOTION TO EXCLUDE EXPERT TESTIMONY**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court enter the attached Motion to Exclude the Testimony of Guillermo Cosson into the record, and to the extent an extension of time is necessary, moves for an extension of time in which to do so.

The Court's scheduling order set the deadline for the defendants to disclose expert witnesses for February 13, 2023. Defendant Quentin Cantrell received an extension of time to file an expert disclosure for Guillermo Cosson four days later on February 17, 2023. The government did not oppose that extension of time.

The Court's scheduling order also set a deadline for motions in limine for February 20, 2023.[1] Undersigned counsel has conferred with counsel for Defendant Quentin Cantrell. To the extent an extension of time is necessary to file the attached Motion to Exclude the Testimony of

---

[1] February 20, 2023 is a federal holiday, and the next business day is February 21, 2023.

Guillermo Cosson into the record, Defendant Quentin Cantrell does not object to the extension of time.

Dated: February 24, 2023                    Respectfully submitted,

                                                     MATTHEW M. GRAVES
                                                     United States Attorney
                                                     DC Bar No. 481052

                                                   */s/ Michael L. Jones*
                                                   MICHAEL L. JONES
                                                   DC Bar No. 1047027
                                                   Trial Attorney
                                                   Capitol Riot Detailee
                                                   U.S. Attorney's Office
                                                   District of Columbia
                                                   (202) 252-7820
                                                   michael.jones@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I caused a copy of the foregoing motion to be served on counsel of record via electronic filing.

*/s/ Michael Jones*
MICHAEL L. JONES
Trial Attorney