UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JARED PAUL CANTRELL,<br>QUENTIN G. CANTRELL, and<br>ERIC ANDREW CANTRELL,<br><br>Defendants. | Case No.: 22-CR-121-TNM |

### ORDER GRANTING GOVERNMENT'S MOTION TO EXTEND TIME

This matter, having come before the Court on the government's Motion to Extend Time, and it appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that the government's Motion is GRANTED.

Entered this \_\_\_\_ day of February 2023.

_____
Honorable Trevor N. McFadden
United States District Judge