UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Case No. 1:22-cr-121 (TNM) |
| v. | : | |
| | : | |
| JARED PAUL CANTRELL, and | : | |
| QUENTIN G. CANTRELL | : | |

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Published |
|---|---|---|---|---|---|
| *CAPITOL BUILDING AND GROUNDS* | | | | | |
| 001 | USCP CCTV Video Montage | | | | |
| 002 | House and Senate Video Montage | | | | |
| 003 | Restricted Perimeter | | | | |
| 004 | Capitol Building – 3D Map | | | | |
| 005 | Capitol Building – 3D Map with labels | | | | |
| 006 | Photograph of the Capitol | | | | |
| 007 | Photograph of "Area Closed" signs | | | | |
| 008 | Photograph of "Area Closed" sign | | | | |
| 009 | Photograph of "Area Closed" sign | | | | |
| 010 | Photograph of "Area Closed" sign | | | | |
| 011 | Closure of West Front Police Order | | | | |
| 012 | Ground Closure Announcement | | | | |
| | | | | | |
| *LEGAL AUTHORITY* | | | | | |
| 101 | U.S. Constitution, Amendment XII | | | | |
| 102 | 3 U.S.C. § 15 | | | | |
| 103 | 3 U.S.C. § 16 | | | | |
| 104 | 3 U.S.C. § 17 | | | | |
| 105 | 3 U.S.C. § 18 | | | | |
| 106 | Concurrent Resolution | | | | |
| | | | | | |
| *UNITED STATES CAPITOL POLICE CCV VIDEO* | | | | | |
| **201** | **0925 Stairs to Upper West Terrace** | | | | |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 201a | 0925 – ##:## screenshot | | | | | |
| **202** | **0912 - Upper West Terrace Door** | | | | | |
| 202a | 0912 – 2:33:43 screenshot | | | | | |
| 202b | 0912 – 2:37:29 screenshot | | | | | |
| 202c | 0912 – 2:37:45 screenshot | | | | | |
| 202d | 0912 – 2:37:47 screenshot | | | | | |
| 202e | 0912 – 2:39:39 screenshot | | | | | |
| 202f | 0912 – 2:40:19 screenshot | | | | | |
| 202g | 0912 – 2:44:18 screenshot | | | | | |
| 202h | 0912 – 2:46:19 screenshot | | | | | |
| **203** | **0126 - Upper West Terrace Interior** | | | | | |
| 203a | 0126 – 2:35:59 screenshot | | | | | |
| 203b | 0126 – 2:37:43 screenshot | | | | | |
| 203c | 0126 – 2:37:55 screenshot | | | | | |
| 203d | 0126 – 2:37:58 screenshot | | | | | |
| 203e | 0126 – 2:39:3111 screenshot | | | | | |
| **204** | **0960 - Rotunda North** | | | | | |
| 204a | 0960 – 2:38:43 screenshot | | | | | |
| 204b | 0960 – 2:41:35 screenshot | | | | | |
| 204c | 0960 – 2:45:19 screenshot | | | | | |
| **205** | **0959 - Rotunda South** | | | | | |
| 205a | 0959 – 2:38:46 screenshot | | | | | |
| 205b | 0959 – 2:41:30 screenshot | | | | | |
| 205c | 0959 – 2:41:47 screenshot | | | | | |
| **206** | **7029 - Rotunda Door Interior** | | | | | |
| 206a | 7029 – 2:45:42 screenshot | | | | | |
| 206b | 7029 – 2:46:00 screenshot | | | | | |
| 206c | 7029 – 2:47:34 screenshot | | | | | |
| **207** | **0686 - Rotunda South** | | | | | |
| 207a | 0686 – 2:45:35 screenshot | | | | | |
| 207b | 0686 – 2:45:41 screenshot | | | | | |
| 207c | 0686 – 2:45:44 screenshot | | | | | |
| **208** | **0925 Stairs to Upper West Terrace** | | | | | |
| 208a | 0925 – 3:06:22 screenshot | | | | | |
| | | | | | | |
| | *OPEN SOURCE VIDEOS* | | | | | |
| 301 | FB Vid -0837 | | | | | |
| 301a | 00:19 screenshot | | | | | |
| 301b | 00:23 screenshot | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 302 | FB Vid -0354 | | | | | |
| 302a | 00:52 screenshot | | | | | |
| 302b | 16:39 screenshot | | | | | |
| 303 | FB Vid -2030 | | | | | |
| 303a | 00:21 screenshot | | | | | |
| 304 | Handheld third-party | | | | | |
| 304a | 16:18 screenshot | | | | | |
| 305 | YouTube SouthcoastRealityTV | | | | | |
| 305a | 00:49 screenshot | | | | | |
| 305b | 00:50 screenshot | | | | | |
| 305c | 01:56 screenshot | | | | | |
| 306 | Aungst IMG_7145 | | | | | |
| 306a | 00:01 screenshot | | | | | |
| 307 | FB Vid vernon.milleriii | | | | | |
| 307a | 00:15 screenshot | | | | | |
| 307b | 00:30 screenshot | | | | | |
| 307c | 01:40 screenshot | | | | | |
| 308 | Handheld IMG_0781 | | | | | |
| 308a | 00:12 screenshot | | | | | |
| 308b | 00:25 screenshot | | | | | |
| 309 | Hager 21cr381 20210106_142954 | | | | | |
| 309a | 01:48 screenshot | | | | | |
| 309b | 02:08 screenshot | | | | | |
| 310 | Reed 21cr204 | | | | | |
| 310a | 00:09 screenshot | | | | | |
| 310b | 00:15 screenshot | | | | | |
| 310c | 00:23 screenshot | | | | | |
| 311 | Twitter Ardolino | | | | | |
| 311a | 00:22 screenshot | | | | | |
| 312 | 24llw6LP58X7_cvt | | | | | |
| 312a | 00:09 screenshot | | | | | |
| 312b | 00:57 screenshot | | | | | |
| 312c | 01:14 screenshot | | | | | |
| 313 | YouTube Insider | | | | | |
| 313a | 00:12 screenshot | | | | | |
| 313b | 00:18 screenshot | | | | | |
| 313a | 00:12 screenshot | | | | | |
| 314 | YouTube JosephACamp | | | | | |
| 314a | 00:12 screenshot | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 315 | FB Vid timestone_71619 | | | | | |
| 315a | 00:09 screenshot | | | | | |
| 316 | YouTube TrustMediaNetwork | | | | | |
| 316a | 00:20 screenshot | | | | | |
| 316b | 01:21 screenshot | | | | | |
| 316c | 02:00 screenshot | | | | | |
| | | | | | | |
| | *JARED CANTRELL FACEBOOK* | | | | | |
| 401 | FB 112 Misc Comment | | | | | |
| 402 | FB 114 Misc Comment | | | | | |
| 403 | FB 176-177 Profile Picture | | | | | |
| 404 | FB 245-258 Josh Penley chat | | | | | |
| 411 | FB Vid -9204 | | | | | |
| 411a | 00:00 screenshot | | | | | |
| 412 | FB Vid -9223 | | | | | |
| 412a | 00:06 screenshot | | | | | |
| 413 | FB Vid -7516 | | | | | |
| 413a | 00:01 screenshot | | | | | |
| 414 | FB Vid -8085 | | | | | |
| 414a | 00:01 screenshot | | | | | |
| 415 | FB Vid -8132 | | | | | |
| 415a | 00:12 screenshot | | | | | |
| 416 | FB Vid -8340 | | | | | |
| 416a | 00:04 screenshot | | | | | |
| 417 | FB Vid -8342 | | | | | |
| 417a | 00:05 screenshot | | | | | |
| 418 | FB Vid -8343 | | | | | |
| 418a | 00:09 screenshot | | | | | |
| 419 | FB Vid -8357 | | | | | |
| 419a | 00:06 screenshot | | | | | |
| | | | | | | |
| | *JARED CANTRELL INSTAGRAM* | | | | | |
| 501 | IG 0993-1024 Archived Stories | | | | | |
| 502 | IG 1241-1242 cynical_charm chat | | | | | |
| 511 | IG Story Vid -8903 | | | | | |
| 511a | 00:02 screenshot | | | | | |
| 512 | IG Story Vid -6498 | | | | | |
| 512a | 00:06 screenshot | | | | | |
| 513 | IG Story Vid -3493 | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 513a | 00:02 screenshot | | | | |
| 514 | IG Story Vid -8994 | | | | |
| 514a | 00:06 screenshot | | | | |
| 515 | IG Story Vid -3291 | | | | |
| 515a | 00:08 screenshot | | | | |
| 521 | IG Story Pic -0618 | | | | |
| 522 | IG Story Pic -2440 | | | | |
| 523 | IG Story Pic -3695 | | | | |
| 524 | IG Story Pic -0152 | | | | |
| 525 | IG Story Pic -5063 | | | | |
| 526 | IG Story Pic -0707 | | | | |
| 527 | IG Story Pic -7932 | | | | |
| 528 | IG Story Pic -4405 | | | | |
| 529 | IG Story Pic -5480 | | | | |
| 530 | IG Story Pic -0426 | | | | |
| 531 | IG Story Pic -3459 | | | | |
| 532 | IG Story Pic -3532 | | | | |
| 533 | IG Story Pic -8647 | | | | |
| 534 | IG Story Pic -9315 | | | | |
| | | | | | |
| | *STIPULATIONS* | | | | |
| 601 | Capitol Building and Grounds | | | | |
| 602 | Certification of Electoral College | | | | |
| 603 | Identity | | | | |
| 604 | USCP CCTV | | | | |
| 605 | House & Senate Recording Studio and CCTV | | | | |
| 606 | Authenticity of Video Evidence | | | | |
| 607 | Stipulation regrading Glavey Testimony | | | | |
| 608 | Transcript of Testimony of USSS SA Elizabeth Glavey | | | | |
| | | | | | |
| | *MPD BODY WORN CAMERA* | | | | |
| 701 | MPD Wissa BWC | | | | |
| 701a | 05:03 screenshot | | | | |
| 701b | 05:26 screenshot | | | | |
| 701c | 07:11 screenshot | | | | |
| 701d | 07:22 screenshot | | | | |

5

| 702  | MPD Crews BWC    |  |  |  |  |
|------|------------------|--|--|--|--|
| 702a | 12:18 screenshot |  |  |  |  |
| 702b | 12:29 screenshot |  |  |  |  |
| 702c | 12:46 screenshot |  |  |  |  |
| 702d | 15:40 screenshot |  |  |  |  |
| 702e | 16:12 screenshot |  |  |  |  |
| 702f | 22:54 screenshot |  |  |  |  |
| 702g | 26:53 screenshot |  |  |  |  |
| 702h | 27:04 screenshot |  |  |  |  |