# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES**, <br><br> Plaintiff, <br><br> v. <br><br> **JARED PAUL CANTRELL**, *et al.*, <br><br> Defendants. | Case No. 1:22-cr-121 |

## ORDER

The parties have filed motions in limine in advance of trial. The Court here addresses three of them. The Court will address any remaining issues at the start of trial.

The Court GRANTS Defendant's Motion to Exclude Out-of-Time Evidence. ECF No. 52. At a status conference on April 27, 2022, the Court directed the Government to give Defendants all Defendant-specific discovery by July 1, 2022. Thus, the Government may not use any Defendant-specific evidence at trial that it failed to produce by July 1, 2022.

The Court also GRANTS the Government's motions regarding surveillance cameras (ECF No. 53) and Secret-Service witnesses (ECF No. 54). Defendants never opposed these motions, so they have conceded them.

Thus, and upon consideration of the motions, it is

**ORDERED** that the Defendant's [52] Motion to Exclude Out-of-Time Evidence is GRANTED; it is further

**ORDERED** that the Government's [53] Motion in Limine Regarding Evidence About the Specific Location of U.S. Capitol Police Surveillance Cameras and [54] Motion in Limine to Limit Cross-Examination of United States Secret Service Witnesses are GRANTED.

**SO ORDERED**.

Dated: March 31, 2023                                                          TREVOR N. McFADDEN, U.S.D.J.