UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

JARED PAUL CANTRELL

Defendant.

Criminal Case No.: 22-121-1 (TNM)

### RIGHT TO TESTIFY

I understand that as a criminal defendant I have a fundamental constitutional right to testify in my own behalf, that this right is personal to me, and that this fundamental constitutional right cannot be waived or given up for me by my lawyer. I acknowledge that this fundamental constitutional right has been explained to me by the United States District Judge Trevor N. McFadden, presiding judge, and that it is my decision:

\_\_\_\_\_ TO TESTIFY

__✓__ NOT TO TESTIFY

This the __3__ day of April, 2023.

JARED PAUL CANTRELL - Defendant

Attorney for Defendant

WITNESSED BY:

Trevor N. McFadden
United States District Judge