UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
                        Case No. 1:22-cr-121 (TNM)
  v. :
:
JARED PAUL CANTRELL, and :
QUENTIN G. CANTRELL :

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | ~~Publish?~~ |
|---|---|---|---|---|---|
| **CAPITOL BUILDING AND GROUNDS** | | | | | |
| 001 | USCP CCTV Video Montage | Loyd | 4-3-2023 | 4-3-2023 | |
| 002 | House and Senate Video Montage | | 4-3-23 | 4-3-2023 | |
| 003 | Restricted Perimeter | Thomas Loyd | 4-3-23 | 4-3-2023 | |
| 004 | Capitol Building – 3D Map | Loyd | 4-3-23 | 4-3-2023 | |
| 005 | Capitol Building – 3D Map with labels | Loyd | 4-3-23 | 4-3-2023 | |
| 006 | Photograph of the Capitol | Loyd | 4-3-23 | 4-3-2023 | |
| 007 | Photograph of "Area Closed" signs | Loyd | 4-3-23 | 4-3-2023 | |
| 008 | Photograph of "Area Closed" sign | Loyd | 4-3-23 | 4-3-2023 | |
| 009 | Photograph of "Area Closed" sign | Loyd | 4-3-23 | 4-3-2023 | |
| 010 | Photograph of "Area Closed" sign | Loyd | 4-3-23 | 4-3-2023 | |
| 011 | Closure of West Front Police Order | Loyd | 4-3-23 | 4-3-2023 | |
| 012 | Ground Closure Announcement | Loyd | 4-3-23 | 4-3-2023 | |
| 013 | Photograph of UWT Door sign | Patrick Ceresa | 4-3-23 | 4-3-2023 | |
| | | | | | |
| **LEGAL AUTHORITY** | | | | | |
| 101 | U.S. Constitution, Amendment XII | | 4-3-23 | 4-3-2023 | |
| 102 | 3 U.S.C. § 15 | | 4-3-23 | 4-3-23 | |
| 103 | 3 U.S.C. § 16 | | 4-3-23 | 4-3-23 | |
| 104 | 3 U.S.C. § 17 | | 4-3-23 | 4-3-23 | |
| 105 | 3 U.S.C. § 18 | | 4-3-23 | 4-3-23 | |
| 106 | Concurrent Resolution | | 4-3-23 | 4-3-23 | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | ~~Publish?~~ |
|---|---|---|---|---|---|
| **UNITED STATES CAPITOL POLICE CCV VIDEO** | | | | | |
| ~~201~~ | ~~0925 Stairs to Upper West Terrace~~ | | | | |
| **202** | **0912 - Upper West Terrace Door** | Warfield | 4·3·23 | 4-3-23 | |
| 202a | 0912 – 2:33:43 screenshot | | | | |
| 202b | 0912 – 2:37:29 screenshot | | | | |
| 202c | 0912 – 2:37:45 screenshot | | | | |
| 202d | 0912 – 2:37:47 screenshot | Warfield | " | " | |
| 202e | 0912 – 2:39:39 screenshot | | | | |
| 202f | 0912 – 2:40:19 screenshot | | | | |
| 202g | 0912 – 2:44:18 screenshot | | | | |
| 202h | 0912 – 2:45:43 screenshot | Warfield | " | " | |
| 202i | 0912 – 2:45:44 screenshot | Warfield | " | " | |
| 202j | 0912 – 2:46:39 screenshot | | | | |
| **203** | **0126 - UWT Door Interior** | Warfield | 4·3·23 | 4·3·23 | |
| 203a | 0126 – 2:35:59 screenshot | | | | |
| 203b | 0126 – 2:37:43 screenshot | | | | |
| 203c | 0126 – 2:37:46 screenshot | | | | |
| 203d | 0126 – 2:37:55 screenshot | | | | |
| 203e | 0126 – 2:37:58 screenshot | | | | |
| 203f | 0126 – 2:39:31 screenshot | | | | |
| **204** | **0960 - Rotunda North** | Loyd | 4·3·23 | 4·3·23 | |
| 204a | 0960 – 2:38:45 screenshot | | | | |
| 204b | 0960 – 2:41:36 screenshot | | | | |
| 204c | 0960 – 2:42:01 screenshot | Warfield | " | " | |
| 204d | 0960 – 2:45:19 screenshot | | | | |
| **205** | **0959 - Rotunda South** | Warfield | 4-3-23 | 4-3-23 | |
| 205a | 0959 – 2:38:39 screenshot | | | | |
| 205b | 0959 – 2:41:31 screenshot | | | | |
| 205c | 0959 – 2:41:47 screenshot | | | | |
| **206** | **7029 - Rotunda Door Interior** | Loyd | 4·3·23 | 4·3·23 | |
| 206a | 7029 – 2:45:42 screenshot | | | | |
| 206b | 7029 – 2:46:00 screenshot | | | | |
| 206c | 7029 – 2:47:35 screenshot | | | | |
| **207** | **0686 - Rotunda South** | Warfield | 4-3-23 | 4-3-23 | |
| 207a | 0686 – 2:45:36 screenshot | | | | |
| 207b | 0686 – 2:45:42 screenshot | | | | |
| 207c | 0686 – 2:45:44 screenshot | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | ~~Publish?~~ |
|---|---|---|---|---|---|
| ~~208~~ | ~~0925 Stairs to Upper West Terrace~~ | | | | |
| **OPEN SOURCE VIDEOS** | | | | | |
| 301 | **FB Vid -0837** | Warfield | 4.3.23 | 4.3.23 | |
| 301a | 00:19 screenshot | Warfield | 4.3.23 | 4-3-23 | |
| 301b | 00:23 screenshot | | | | |
| 302 | **FB Vid -0354** | | | | |
| 302a | 00:52 screenshot | | | | |
| 302b | 16:39 screenshot | | | | |
| 303 | **FB Vid -2030** | | | | |
| 303a | 00:21 screenshot | | | | |
| 304 | **Handheld third-party** | Warfield | 4.3.23 | 4.3.23 | |
| 304a | 16:18 screenshot | | | | |
| 305 | **YouTube SouthcoastRealityTV** | Loyd | 4.3.23 | 4.3.23 | |
| 305a | 00:49 screenshot | Warfield | 4.3.23 | 4.3.23 | |
| 305b | 00:50 screenshot | Warfield | 4.3.23 | 4.3.23 | |
| 305c | 01:56 screenshot | | | | |
| ~~306~~ | ~~Aungst IMG_7145~~ | | | | |
| 307 | **FB Vid vernon.milleriii** | Loyd | 4.3.23 | 4.3.23 | |
| 307a | 00:15 screenshot | Warfield | " | " | |
| 307b | 00:30 screenshot | Warfield | " | " | |
| 307c | 01:40 screenshot | Warfield | " | " | |
| 308 | **Handheld IMG_0781** | Warfield | 4.3.23 | 4-3-23 | |
| 308a | 00:12 screenshot | Warfield | " | " | |
| 308b | 00:25 screenshot | Warfield | " | " | |
| 308c | 00:08 screenshot | Warfield | " | " | |
| 308d | 00:10 screenshot | Warfield | " | " | |
| 308e | 00:27 screenshot | Warfield | " | " | |
| 308f | 00:45 screenshot | | | | |
| 308g | 00:45 screenshot | Warfield | " | " | |
| ~~309~~ | ~~Hager 21cr381 20210106_142954~~ | | | | |
| ~~310~~ | ~~Reed 21cr204~~ | | | | |
| ~~311~~ | ~~Twitter Ardolino~~ | | | | |
| ~~312~~ | ~~24llw6LP58X7_cvt~~ | | | | |
| ~~313~~ | ~~YouTube Insider~~ | | | | |
| 314 | **YouTube JosephACamp** | Warfield | 4.3.23 | 4.3.23 | |
| 314a | 00:07 screenshot | | | | |
| 315 | **FB Vid timestone_71619** | | | | |

3

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Publish? |
|---|---|---|---|---|---|
| 315a | 00:09 screenshot | | | | |
| **316** | **YouTube TrustMediaNetwork** | | | | |
| 316a | 00:20 screenshot | | | | |
| 316b | 01:21 screenshot | | | | |
| 316c | 02:00 screenshot | | | | |
| | | | | | |
| | **JARED CANTRELL FACEBOOK** | | | | |
| 401 | **FB 112 Misc Comment** | Warfield | 4-3-23 | 4-3-23 | |
| 402 | **FB 114 Misc Comment** | Warfield | 4-3-23 | 4-3-23 | |
| 403 | **FB 176-177 Profile Picture** | Warfield | 4-3-23 | 4-3-23 | |
| 404 | **FB 245-258 Josh Penley chat** | Warfield | 4-3-23 | 4-3-23 | |
| 411 | **FB Vid -9204** | | | | |
| 411a | 00:00 screenshot | | | | |
| 412 | **FB Vid -9223** | | | | |
| 412a | 00:06 screenshot | | | | |
| 413 | **FB Vid -7516** | | | | |
| 413a | 00:01 screenshot | | | | |
| 414 | **FB Vid -8085** | Warfield | 4-3-23 | 4-3-23 | |
| 414a | 00:01 screenshot | | | | |
| 415 | **FB Vid -8132** | Warfield | 4-3-23 | 4-3-23 | |
| 415a | 00:13 screenshot | Warfield | 4-3-23 | 4-3-23 | |
| 416 | **FB Vid -8340** | Warfield | 4-3-23 | 4-3-23 | |
| 416a | 00:04 screenshot | | | | |
| 417 | **FB Vid -8342** | Warfield | 4-3-23 | 4-3-23 | |
| 417a | 00:05 screenshot | | | | |
| 418 | **FB Vid -8343** | Warfield | 4-3-23 | 4-3-23 | |
| 418a | 00:09 screenshot | | | | |
| 419 | **FB Vid -8357** | Warfield | 4-3-23 | 4-3-23 | |
| 419a | 00:06 screenshot | | | | |
| | | | | | |
| | **JARED CANTRELL INSTAGRAM** | | | | |
| 501 | **IG 0993-1024 Archived Stories** | Warfield | 4-3-23 | 4-3-23 | |
| 502 | **IG 1241-1242 cynical_charm chat** | Warfield | 4-3-23 | 4-3-23 | |
| 511 | **IG Story Vid -8903** | | | | |
| 511a | 00:02 screenshot | | | | |
| 512 | **IG Story Vid -6498** | Warfield | 4-3-23 | 4-3-23 | |
| 512a | 00:06 screenshot | | | | |

| Exhibit No. | Description | Witness | Marked for ID | Received in evidence | Publish? |
|---|---|---|---|---|---|
| 513 | **IG Story Vid -3493** | Warfield | 4.3.23 | 4.3.23 | |
| 513a | 00:02 screenshot | | | | |
| 514 | **IG Story Vid -8994** | | | | |
| 514a | 00:06 screenshot | | | | |
| 515 | **IG Story Vid -3291** | | | | |
| 515a | 00:08 screenshot | | | | |
| 521 | **IG Story Pic -0618** | | | | |
| 522 | **IG Story Pic -2440** | | | | |
| 523 | **IG Story Pic -3695** | | | | |
| 524 | **IG Story Pic -0152** | | | | |
| 525 | **IG Story Pic -5063** | | | | |
| 526 | **IG Story Pic -0707** | | | | |
| 527 | **IG Story Pic -7932** | Warfield | 4.3.23 | 4.3.23 | |
| 528 | **IG Story Pic -4405** | | | | |
| 529 | **IG Story Pic -5480** | | | | |
| 530 | **IG Story Pic -0426** | Warfield | 4.3.23 | 4.3.23 | |
| 531 | **IG Story Pic -3459** | | | | |
| 532 | **IG Story Pic -3532** | | | | |
| 533 | **IG Story Pic -8647** | Warfield | 4.3.23 | 4.3.23 | |
| 534 | **IG Story Pic -9315** | Gary Warfield | 4.3.2023 | 4.3.2023 | |
| | | | | | |
| *STIPULATIONS* | | | | | |
| 601 | **Capitol Building and Grounds** | | | 4-3-2023 | |
| 602 | **Certification of Electoral College** | | | 4-3-23 | |
| 603 | **Identity** | | | 4-3-23 | |
| 604 | **USCP CCTV** | | | 4-3-23 | |
| 605 | **House & Senate Recording Studio and CCTV** | | | 4-3-23 | |
| 606 | **Authenticity of Video Evidence** | | | 4-3-23 | |
| 607 | **Stipulation regrading Glavey Testimony** | | | 4-3-23 | |
| 608 | **Transcript of Testimony of USSS SA Elizabeth Glavey** | | | 4-3-23 | |