UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

JARED PAUL CANTRELL,
QUENTIN G. CANTRELL

CRIMINAL NO: 22-121 (TNM)

## Counsel's Acknowledgments Concerning Trial Exhibits

Counsel acknowledges that they have jointly reviewed the exhibits that were admitted into evidence with the Courtroom Deputy, and do agree on the exhibits which will be submitted to the Court.

**Exhibits Submitted to the Court:**

_____    4/3/2023
Government                         Date


_____    3 April 2023
Defendant - JARED PAUL CANTRELL    Date

_____    5 April 2023
Defendant - QUENTIN G. CANTRELL    Date