UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 22-CR-121 (TNM) |
| | : | |
| JARED PAUL CANTRELL, and | : | |
| QUENTIN G. CANTRELL, | : | |
| | : | |
| Defendants. | : | |

**MOTION TO CONTINUE SENTENCING DEADLINE FOR FILING OF SENTENCING MEMORANDA**
_____

The United States of America respectfully requests this Court to allow for an extension of time for the filing of Sentencing Memoranda and request the Court to extend Sentencing Memoranda deadline to June 22, 2023.

On April 4, 2023, after a Bench Trial, this Court entered Guilty verdicts as to Jared Cantrell as to Counts 1, 2 and 4 and a verdict of Not Guilty as to Count 3 as well as Guilty verdicts as to Counts 1 and 4 and Not Guilty verdict as to Counts 2 and 3 for Quentin Cantrell. As part of the same minute entry, this Court scheduled a sentencing hearing for June 26, 2023 at 10:30 AM with Sentencing Memoranda due June 19, 2023.   ECF Minute Entry 04/04/2023.

Late in the day on June 20, 2023, the Government became aware of the fact that through miscommunication between the Assistant United States Attorneys assigned to the case that no Sentencing Memoranda had been filed.[1]  The United States immediately attempted to contact defense counsel regarding a request to extend the time of filing of the Sentencing Memoranda.

---

[1] Neither defendant has filed a Sentencing Memoranda as of the filing of this request.

1

The Government has communicated with defense counsel in this case and defense has no objection to the Government's request. The Government would request the Court extend the time for filing Sentencing Memoranda to be due June 22, 2023 in anticipation of the Sentencing Hearing presently set for June 26, 2023 at 10:30 AM.

All parties consent to this request.

          Respectfully submitted,

          MATTHEW M. GRAVES
          Acting United States Attorney
          D.C. Bar No. 481052

By:     *s/ Zachary Phillips*
          Assistant United States Attorney
          CO Bar No. 31251
          Capitol Riot Detail
          United States Attorney's Office, Detailee
          1801 California Street, Suite 1600
          Denver, CO 80202
          Telephone: (720) 281-1611
          Zachary.phillips@usdoj.gov

          */s/ Michael L. Jones*
          MICHAEL L. JONES
          DC Bar No. 1047027
          Trial Attorney
          Capitol Riot Detailee
          601 D St. NW
          Washington, DC 20530
          (202) 252-7820
          michael.jones@usdoj.gov