# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 22-cr-121-1 (TNM)
)
Jared Cantrell )

## NOTICE OF APPEAL

Name and address of appellant:

Jared Cantrell
845 Lincoln St
Indianapolis IN 46203

Name and address of appellant's attorney:

Peter Cooper
PeterCooperLaw
400 Fifth Street, NW
Washington DC 20001
202.400.1434

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Mr Cantrell was sentenced by Judge McFadden on 26 June 2023 to six months each on counts one and two, and one month on count four, all to run concurrently. Twelve months supervised release with four months home confinement.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

DATE _____   APPELLANT _____

ATTORNEY FOR APPELLANT _____

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?   YES [ ]   NO [✔]
Has counsel ordered transcripts?   YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [✔]   NO [ ]