APPEAL,CAP,CAT A

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: **1:22−cr−00121−TNM−1**

Case title: USA v. CANTRELL et al

Magistrate judge case number: 1:22−mj−00051−ZMF

Date Filed: 04/07/2022

Assigned to: Judge Trevor N. McFadden

**Defendant (1)**

| | | |
|---|---|---|
| **JARED PAUL CANTRELL** | represented by | **Peter A. Cooper** <br> PETER A. COOPER <br> 400 5th Street, NW <br> Suite 350 <br> Washington, DC 20001 <br> (202) 400−1434 <br> Fax: (202) 600−2822 <br> Email: pcooper@petercooperlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building <br> (1) | Defendant sentenced to a term of Six (6) Months of Incarceration as to Counts 1 and 2, and One (1) Month as to Count 4, all counts to run concurrently, followed by a term of Twelve (12) Months of Supervised Release as to Counts 1 and 2, to run concurrently. Special Assessment of $25 on Counts 1 and 2 and $10 on Count 4, for a total of $60. Restitution in the amount of $500. Fine in the amount of $4,000 as to Counts 1 and 2 each, for a total of $8,000. |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building <br> (2) | Defendant sentenced to a term of Six (6) Months of Incarceration as to Counts 1 and 2, and One (1) Month as to Count 4, all counts to run concurrently, followed by a term of Twelve (12) Months of Supervised Release as to Counts 1 and 2, to run concurrently. Special Assessment of $25 on Counts 1 and 2 and $10 on Count 4, for a total of $60. Restitution in the amount of $500. Fine in the amount of $4,000 as to Counts 1 and 2 each, for a |

| | |
|---|---|
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Violent Entry and Disorderly Conduct in a Capitol Building (3) | total of $8,000.<br><br>Verdict of Not Guilty rendered. |
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (4) | Defendant sentenced to a term of Six (6) Months of Incarceration as to Counts 1 and 2, and One (1) Month as to Count 4, all counts to run concurrently, followed by a term of Twelve (12) Months of Supervised Release as to Counts 1 and 2, to run concurrently. Special Assessment of $25 on Counts 1 and 2 and $10 on Count 4, for a total of $60. Restitution in the amount of $500. Fine in the amount of $4,000 as to Counts 1 and 2 each, for a total of $8,000. |

**Highest Offense Level (Opening)**

Misdemeanor

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18:1752(a)(1), (a)(2), 40:5104(e)(2)(D), (e)(2)(G) | |

---

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Alison Prout**<br>DOJ–USAO<br>Northern District of Georgia<br>Richard B. Russell Federal Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303<br>404–581–6105<br>Email: alison.prout@usdoj.gov<br>*TERMINATED: 06/14/2022* |

*LEAD ATTORNEY*
*Designation: Assistant U.S. Attorney*

**Jeffrey Alexander Kiok**
DOJ–NSD
National Security Division
950 Pennsylvania Avenue NW
Suite 6700
Washington, DC 20530
202–307–5967
Email: jeffrey.kiok@usdoj.gov
*TERMINATED: 01/03/2023*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Michael Lawrence Jones**
DOJ–TAX
Tax Division, Southern Criminal
Enforcement Section
150 M Street NE
Suite Mail Stop 1.1505
Washington, DC 20002
202–252–7820
Email: michael.jones@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Zachary Phillips**
DOJ–USAO
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: zachary.phillips@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/07/2022 | 1 | SEALED COMPLAINT as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3). (Attachments: # 1 Statement of Facts) (zhsj) [1:22–mj–00051–ZMF] (Entered: 03/09/2022) |
| 03/07/2022 | 3 | MOTION to Seal Affidavit in Support of Complaint by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Attachments: # 1 Text of Proposed Order)(zhsj) [1:22–mj–00051–ZMF] (Entered: 03/09/2022) |
| 03/07/2022 | 4 | ORDER granting 3 Motion to Seal Affidavit in Support of Complaint as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3). Signed by Magistrate Judge Zia M. Faruqui on 3/7/2022. (zhsj) |

| | | |
|---|---|---|
| | | [1:22–mj–00051–ZMF] (Entered: 03/09/2022) |
| 03/09/2022 | | MINUTE ORDER as to Defendant: It is hereby ORDERED that JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) appear for an initial appearance on 3/15/2022 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3173. So Ordered by Magistrate Judge Zia M. Faruqui on 3/9/2022. (ztl) [1:22–mj–00051–ZMF] (Entered: 03/09/2022) |
| 03/10/2022 | 7 | Arrest Warrant, dated 3/8/2022, Returned Executed on 3/10/2022 as to JARED PAUL CANTRELL. (zstd) [1:22–mj–00051–ZMF] (Entered: 03/10/2022) |
| 03/10/2022 | | Arrest of JARED PAUL CANTRELL in Indiana. (zstd) [1:22–mj–00051–ZMF] (Entered: 03/10/2022) |
| 03/10/2022 | | Case unsealed as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL (zstd) [1:22–mj–00051–ZMF] (Entered: 03/10/2022) |
| 03/15/2022 | | ORAL MOTION to Appoint Counsel by JARED PAUL CANTRELL (1). (ztl) [1:22–mj–00051–ZMF] (Entered: 03/16/2022) |
| 03/15/2022 | | ORAL MOTION for Speedy Trial by JARED PAUL CANTRELL (1). (ztl) [1:22–mj–00051–ZMF] (Entered: 03/16/2022) |
| 03/15/2022 | | Minute Entry for proceedings held before Magistrate Judge Robin M. Meriweather: First Appearance in the District as to JARED PAUL CANTRELL (1) held on 3/15/2022. Defendant present by video. Oral Motion to Appoint Counsel by JARED PAUL CANTRELL (1); heard and granted. Defendant placed on Standard Conditions of Release. Oral Motion by the Government for Speedy Trial as to JARED PAUL CANTRELL (1); heard and granted. Speedy Trial Excluded from 3/15/2022 to 5/17/2022 in the Interest of Justice (XT). Defendant waives right to a Preliminary Hearing in 21 days. Preliminary Hearing set for 5/17/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather. Bond Status of Defendant: Defendant Remain on Personal Recognizance; Court Reporter: FTR–Gold; FTR Time Frame: Ctrm 7: [1:57:24–2:22:04; Defense Attorney: Peter Cooper; US Attorney: Frederick Yette for Alison Prout; Pretrial Officer: Andre Sidbury. (ztl) [1:22–mj–00051–ZMF] (Entered: 03/16/2022) |
| 03/15/2022 | 12 | ORDER Setting Conditions of Release as to JARED PAUL CANTRELL (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 3/15/2022. (Attachment: # 1 Appearance Bond) (ztl) [1:22–mj–00051–ZMF] (Entered: 03/17/2022) |
| 04/07/2022 | 15 | INFORMATION as to JARED PAUL CANTRELL (1) count(s) 1, 2, 3, 4, QUENTIN G. CANTRELL (2) count(s) 1, 2, 3, 4, ERIC ANDREW CANTRELL (3) count(s) 1, 2, 3, 4. (zltp) (Entered: 04/08/2022) |
| 04/13/2022 | 17 | |

| | | |
|---|---|---|
| | | NOTICE *of Filing Discovery Status Memoranda* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL (Attachments: # 1 United States' Memorandum Regarding Status of Discovery as of July 12, 2021, # 2 United States' Memorandum Regarding Status of Discovery as of August 23, 2021, # 3 United States' Memorandum Regarding Status of Discovery as of September 14, 2021, # 4 United States' Memorandum Regarding Status of Discovery as of October 21, 2021, # 5 United States' Memorandum Regarding Status of Discovery as of November 5, 2021)(Prout, Alison) (Entered: 04/13/2022) |
| 04/26/2022 | | NOTICE OF HEARING as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3). The parties shall take notice that a VTC Arraignment/Status Conference is set for 4/27/2022 at 3:00 PM before Judge Trevor N. McFadden. (hmc) (Entered: 04/26/2022) |
| 04/27/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment as to QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) held via videoconference on 4/27/2022. Defendants agreed to proceed via videoconference. Status Conference as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) held via videoconference on 4/27/2022. JARED PAUL CANTRELL'S (1) appearance waived for the purpose of the Status Conference. Due Process Protections Act read into the record by the Court. QUENTIN G. CANTRELL (2) arraigned on Counts 1, 2, 3, 4 of the Information. Defendant entered a plea of Not Guilty as to all counts. ERIC ANDREW CANTRELL (3) arraigned on Counts 1, 2, 3, 4 of the Information. Defendant entered a plea of Not Guilty as to all counts. VTC Arraignment for JARED PAUL CANTRELL (1) set for 5/4/2022 at 9:30 AM before Judge Trevor N. McFadden. VTC Status Conference for all three defendants set for 7/1/2022 at 9:30 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 4/27/2022 to 7/1/2022, in the interests of justice. Bond Status of Defendants: (1): Personal Recognizance; appearance waived. (2), (3): Personal Recognizance. Defense Attorneys: (1): Peter A. Cooper, (2): David Issa, (3): David J. Hensel; US Attorney: Alison Prout; Court Reporter: Lisa Edwards. (hmc) (Entered: 04/27/2022) |
| 04/27/2022 | 22 | Unopposed MOTION for Protective Order by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Attachments: # 1 Text of Proposed Order)(Prout, Alison) (Entered: 04/27/2022) |
| 04/27/2022 | 23 | Unopposed MOTION for Disclosure *of Federal Rule of Evidence 6(e) Material and Sealed Material* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Attachments: # 1 Text of Proposed Order)(Prout, Alison) (Entered: 04/27/2022) |
| 04/27/2022 | 24 | ORDER as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) granting the 23 Motion for Disclosure. See attached order for details. Signed by Judge Trevor N. McFadden on 4/27/2022. (lctnm1) (Entered: 04/27/2022) |
| 04/27/2022 | 25 | ORDER as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) granting the 22 Motion for Protective Order. See attached Order for details. Signed by Judge Trevor N. McFadden on 4/27/2022. (lctnm1) (Entered: 04/27/2022) |
| 04/29/2022 | | MINUTE ORDER. Consistent with the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under |

| | | |
|---|---|---|
| | | Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/29/2022. (lctnm1) (Entered: 04/29/2022) |
| 05/04/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment as to JARED PAUL CANTRELL (1) held via videoconference on 5/4/2022. Defendant agreed to proceed virtually. Due Process Protections Act read into the record by the Court. Defendant arraigned on Counts 1, 2, 3, 4 of the Information. Defendant entered a plea of Not Guilty as to all counts. Government's oral motion to modify conditions of release, GRANTED. The defendant shall undergo drug testing and treatment as directed by Pretrial Services Agency. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Peter A. Cooper; US Attorney: Alison Prout; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/04/2022) |
| 05/11/2022 | | Terminate Deadlines and Hearings as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3): Preliminary Hearing set for 5/17/2022 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather is VACATED. (ztl) (Entered: 05/11/2022) |
| 06/14/2022 | 30 | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Kiok, Jeffrey Alexander added. (Kiok, Jeffrey) (Entered: 06/14/2022) |
| 07/01/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) held via videoconference on 7/1/2022. The parties are directed to file a Status Report by 7/14/2022, including a proposed briefing schedule, and to inform the Court whether they are requesting a jury trial or bench trial. A further VTC Status Conference is set for 9/20/2022 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 7/1/2022 through 9/20/2022, in the interests of justice. Jury Selection/Jury Trial set for 4/3/2023 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Peter A. Cooper, (2): David Issa, (3): David J. Hensel; US Attorney: Jeffrey Kiok; Court Reporter: Jeff Hook. (hmc) (Entered: 07/01/2022) |
| 07/14/2022 | 35 | NOTICE by JARED PAUL CANTRELL as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL re 33 MOTION to Dismiss Case *22−cr−00121−TNM* (Cooper, Peter) (Entered: 07/14/2022) |
| 07/18/2022 | 37 | Joint PROPOSED BRIEFING SCHEDULE*and Status Report* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL (Kiok, Jeffrey) (Entered: 07/18/2022) |
| 07/19/2022 | 38 | ORDER as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, & ERIC ANDREW CANTRELL. The parties are hereby ORDERED to adhere to the attached Scheduling Order. A VTC status conference is set for October 7, 2022 at 2:30 p.m to address the pending 33 Motion to Dismiss. See attached Order for further details. Signed by Judge Trevor N. McFadden on 7/19/2022. (lctnm1) (Entered: 07/19/2022) |
| 07/19/2022 | | Set/Reset Hearings as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL: Status Conference scheduled for 10/7/2022, at 2:30 PM via videoconference before Judge Trevor N. McFadden. (ztg) (Entered: |

| | | |
|---|---|---|
| | | 07/19/2022) |
| 07/19/2022 | | Set/Reset Deadlines/Hearings as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL: Rule 12 motions and Motion in Limine due by 2/20/2023; opposition due by 3/13/2023; reply due by 3/20/2023; government's expert disclosures due by 1/30/2023; defendants' expert disclosures due by 2/13/2023; government's rule 404(b) due by 2/4/2023; defendants' rule 16(b) disclosures due by 2/13/2023; motions in limine regarding reciprocal discovery evidence are due by 2/20/2023; oppositions, if any, due 3/13/2023; pretrial motions hearing will be set for 4/3/2023, the morning of the trial; Joint Pretrial Statement due by 3/29/2023; government's grand jury and Jencks Act disclosures due by 4/3/2023; government's response to motion to dismiss due by 9/26/2022, defendants' reply due by 10/3/2022. (ztg) (Entered: 07/19/2022) |
| 07/26/2022 | 39 | TRANSCRIPT OF ARRAIGNMENTS/STATUS CONFERENCE CONDUCTED VIA ZOOM in case as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL before Judge Trevor N. McFadden held on April 27, 2022; Page Numbers: 1–17. Date of Issuance: July 26, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, t he transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/16/2022. Redacted Transcript Deadline set for 8/26/2022. Release of Transcript Restriction set for 10/24/2022.(zlfe) (Entered: 07/26/2022) |
| 07/26/2022 | 40 | TRANSCRIPT OF ARRAIGNMENT/STATUS CONFERENCE CONDUCTED VIA ZOOM in case as to JARED PAUL CANTRELL before Judge Trevor N. McFadden held on May 4, 2022; Page Numbers: 1–11. Date of Issuance: July 26, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse a t a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our |

| | | |
|---|---|---|
| | | website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/16/2022. Redacted Transcript Deadline set for 8/26/2022. Release of Transcript Restriction set for 10/24/2022.(zlfe) (Entered: 07/26/2022) |
| 09/19/2022 | | NOTICE OF RESCHEDULED HEARING as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3). The VTC Status Conference previously set for 10/7/2022 is RESCHEDULED to 10/5/2022 at 10:00 AM before Judge Trevor N. McFadden. (hmc) (Entered: 09/19/2022) |
| 09/19/2022 | | MINUTE ORDER as to ALL DEFENDANTS vacating the status conference previously set for September 20, 2022. The parties shall appear at the VTC status conference on October 5, 2022 at 10:00 a.m. In light of the pending motion and in the interests of justice the Court will toll time under the Speedy Trial Act until October 5, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/19/2022. (lctnm1) (Entered: 09/19/2022) |
| 09/26/2022 | 42 | RESPONSE by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL re 33 MOTION to Dismiss Case *22−cr−00121−TNM* (Kiok, Jeffrey) (Entered: 09/26/2022) |
| 10/05/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3) held via videoconference on 10/5/2022. Defendants waived their right to a trial by jury. Waivers of trial by jury due by 10/19/2022. The Jury Trial set for 4/3/2023 is converted to a Bench Trial and will start at 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/5/2022 to 4/3/2023, in the interests of justice. 33 Motion to Dismiss Case by QUENTIN G. CANTRELL (2) and joined by JARED PAUL CANTRELL (1), ANDREW CANTRELL (3), DENIED, for reasons stated on the record. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Peter A. Cooper, (2): David Issa, (3): David J. Hensel; US Attorney: Jeffrey A. Kiok; Court Reporter: Lisa Edwards. (hmc) (Entered: 10/05/2022) |
| 01/03/2023 | 47 | NOTICE OF ATTORNEY APPEARANCE Michael Lawrence Jones appearing for USA. (Jones, Michael) (Entered: 01/03/2023) |
| 02/07/2023 | 48 | NOTICE OF ATTORNEY APPEARANCE Zachary Phillips appearing for USA. (Phillips, Zachary) (Entered: 02/07/2023) |
| 02/21/2023 | 53 | MOTION in Limine *CCTV locations* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Attachments: # 1 Declaration)(Phillips, Zachary) (Entered: 02/21/2023) |
| 02/21/2023 | 54 | MOTION in Limine *USSS examination* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Phillips, Zachary) (Entered: 02/21/2023) |
| 02/21/2023 | 55 | MOTION in Limine *to Preclude Arguments and Evidence* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Jones, Michael) (Entered: 02/21/2023) |
| 02/24/2023 | 56 | Unopposed MOTION for Extension of Time to File *Motion to Exclude Expert Testimony* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Attachments: # 1 Text of Proposed Order, # 2 |

| | | |
|---|---|---|
| | | Exhibit)(Jones, Michael) (Entered: 02/24/2023) |
| 02/27/2023 | 57 | MOTION to Exclude *Expert Witness* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL. (Jones, Michael) (Entered: 02/27/2023) |
| 03/03/2023 | | MINUTE ORDER as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2), ERIC ANDREW CANTRELL (3). The Bench Trial set for 4/3/2023 is RESCHEDULED from 9:30 AM to 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Signed by Judge Trevor N. McFadden on 3/3/2023. (hmc) (Entered: 03/03/2023) |
| 03/13/2023 | 60 | RESPONSE by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL re 51 MOTION in Limine *to Exclude Third−Party Media* (Jones, Michael) (Entered: 03/13/2023) |
| 03/13/2023 | 61 | RESPONSE by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL re 52 MOTION in Limine *to Exclude Out of Time Evidence* (Phillips, Zachary) (Entered: 03/13/2023) |
| 03/20/2023 | | MINUTE ORDER as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2). The Bench Trial set for 4/3/2023 is RESCHEDULED from 2:00 PM to 9:30 AM in Courtroom 2− In Person before Judge Trevor N. McFadden. Signed by Judge Trevor N. McFadden on 3/20/2023. (hmc) (Entered: 03/20/2023) |
| 03/22/2023 | 63 | ENTERED IN ERROR.....STATEMENT OF CASE by JARED PAUL CANTRELL as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL (Cooper, Peter) Modified on 3/22/2023 (zltp). (Entered: 03/22/2023) |
| 03/22/2023 | | NOTICE OF ERROR as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, ERIC ANDREW CANTRELL regarding 63 Statement of Case. The following error(s) need correction: Incorrect event and document. Please refile using a motion event type and selecting only the associated defendant. (zltp) (Entered: 03/22/2023) |
| 03/22/2023 | 66 | MOTION for Hearing by JARED PAUL CANTRELL. (Cooper, Peter) (Entered: 03/22/2023) |
| 03/23/2023 | | MINUTE ORDER as to JARED PAUL CANTRELL (1) and QUENTIN G. CANTRELL (2): Defendant's 66 Motion for Hearing is denied. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/23/2023. (lctnm1) (Entered: 03/23/2023) |
| 03/29/2023 | 72 | TRIAL BRIEF by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, (Phillips, Zachary) Modified text to remove unassociated defendant on 3/30/2023 (zltp). (Entered: 03/29/2023) |
| 03/29/2023 | 73 | WITNESS LIST by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL, (Phillips, Zachary) Modified text to remove unassociated defendant on 3/30/2023 (zltp). (Entered: 03/29/2023) |
| 03/29/2023 | 74 | EXHIBIT LIST by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL (Phillips, Zachary) Modified text to remove unassociated defendant on 3/30/2023 (zltp). (Entered: 03/29/2023) |
| 03/31/2023 | 75 | ORDER as to JARED PAUL CANTRELL (1) & QUENTIN G. CANTRELL (2) granting Defendant's 52 Motion to Exclude Out−of−Time Evidence, granting the Government's 53 Motion re Surveillance Cameras, and granting the Government's 54 |

| | | |
|---|---|---|
| | | Motion re Secret Service Witnesses. See attached Order for details. Signed by Judge Trevor N. McFadden on 3/31/2023. (lctnm1) (Entered: 03/31/2023) |
| 04/02/2023 | 76 | WITNESS LIST by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL (Phillips, Zachary) (Entered: 04/02/2023) |
| 04/03/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2) held on 4/3/2023. Defendant QUENTIN G. CANTRELL's (2) 51 Motion in Limine to Exclude Third–Party Media, denied without prejudice. Government's 55 Motion in Limine to Preclude Arguments and Evidence, denied without prejudice. Defendants' oral motion for judgment of acquittal, heard and denied. Defendants' renewed oral motion for judgment of acquittal, heard and denied. Oral Ruling set for 4/4/2023 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Peter A. Cooper, (2): David Issa; US Attorneys: Michael L. Jones, Zachary Phillips; Court Reporter: Lisa Edwards. Government Witnesses: Inspector Thomas Loyd, TFO Gary Warfield, Lt. Patrick Ceresa. (hmc) (Entered: 04/03/2023) |
| 04/03/2023 | 77 | WAIVER of Trial by Jury as to JARED PAUL CANTRELL (1). Approved by Judge Trevor N. McFadden on 4/3/2023. (hmc) (Entered: 04/04/2023) |
| 04/03/2023 | 79 | Right to Testify by JARED PAUL CANTRELL (1). (hmc) (Entered: 04/04/2023) |
| 04/03/2023 | 81 | EXHIBIT LIST by USA as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2). (hmc) (Entered: 04/04/2023) |
| 04/03/2023 | 82 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2). (hmc) (Entered: 04/04/2023) |
| 04/04/2023 | 83 | COURT VERDICT as to JARED PAUL CANTRELL (1) and QUENTIN G. CANTRELL (2). See text for details. Signed by Judge Trevor N. McFadden on 4/4/2023. (lctnm1) (Entered: 04/04/2023) |
| 04/04/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Oral Ruling as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2) held on 4/4/2023. Verdict of Guilty rendered by the Court as to JARED PAUL CANTRELL (1) as to Counts 1, 2, 4. Verdict of Not Guilty rendered by the Court as to Count 3. Verdict of Guilty rendered by the Court as to QUENTIN G. CANTRELL (2) as to Counts 1, 4. Verdict of Not Guilty rendered by the Court as to Counts 2, 3. Case referred to the Probation Office for a Presentence Investigation as to both defendants. Sentencing Memoranda as to both defendants due by 6/19/2023. Sentencing as to JARED PAUL CANTRELL (1) set for 6/26/2023 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Sentencing as to QUENTIN G. CANTRELL (2) set for 6/26/2023 at 10:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Peter A. Cooper, (2): David Issa; US Attorneys: Michael L. Jones, Zachary Phillips; Court Reporter: Sara Wick. (hmc) (Entered: 04/04/2023) |
| 06/21/2023 | 92 | First MOTION for Extension of Time to *file Sentencing Memoranda* by USA as to JARED PAUL CANTRELL, QUENTIN G. CANTRELL. (Phillips, Zachary) (Entered: 06/21/2023) |
| 06/21/2023 | | MINUTE ORDER as to JARED PAUL CANTRELL (1) and QUENTIN G. CANTRELL (2): The Government's 92 Motion for Extension of Time is granted. |

| | | |
|---|---|---|
| | | Sentencing Memoranda are now due by June 22, 2023. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/21/2023. (lctnm1) (Entered: 06/21/2023) |
| 06/21/2023 | | Set/Reset Deadlines as to JARED PAUL CANTRELL (1), QUENTIN G. CANTRELL (2): Sentencing Memoranda due by 6/22/2023. (hmc) (Entered: 06/21/2023) |
| 06/22/2023 | 93 | SENTENCING MEMORANDUM by USA as to JARED PAUL CANTRELL (Phillips, Zachary) (Entered: 06/22/2023) |
| 06/22/2023 | 95 | SENTENCING MEMORANDUM by JARED PAUL CANTRELL (Cooper, Peter) (Entered: 06/22/2023) |
| 06/26/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 6/26/2023 as to JARED PAUL CANTRELL (1). Defendant sentenced to a term of Six (6) Months of Incarceration as to Counts 1 and 2, and One (1) Month as to Count 4, all counts to run concurrently, followed by a term of Twelve (12) Months of Supervised Release as to Counts 1 and 2, to run concurrently. As a condition of his supervised release, the defendant is sentenced to Four (4) Months of Home Incarceration. Special Assessment of $25 on Counts 1 and 2 and $10 on Count 4, for a total of $60. Restitution in the amount of $500. Fine in the amount of $4,000 as to Counts 1 and 2 each, for a total of $8,000. The defendant shall complete 100 hours of community service. Bond Status of Defendant: Defendant remains on Personal Recognizance and permitted to self−surrender. Defense Attorney: Peter A. Cooper; US Attorney: Michael L. Jones; Probation Officer: Aidee Gavito; Court Reporter: Lisa Edwards. (hmc) (Entered: 06/26/2023) |
| 06/26/2023 | 101 | JUDGMENT as to JARED PAUL CANTRELL. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 6/26/2023. (zltp) (Entered: 07/06/2023) |
| 06/26/2023 | 102 | STATEMENT OF REASONS as to JARED PAUL CANTRELL. re 101 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 6/26/2023. (zltp) (Entered: 07/06/2023) |
| 07/06/2023 | 99 | ENTERED IN ERROR.....NOTICE OF APPEAL – Final Judgment by JARED PAUL CANTRELL Fee Status: No Fee Paid. Parties have been notified. (Cooper, Peter) Modified on 7/6/2023 (zltp). (Entered: 07/06/2023) |
| 07/06/2023 | 100 | MOTION for Bond by JARED PAUL CANTRELL. (Cooper, Peter) (Entered: 07/06/2023) |
| 07/06/2023 | | MINUTE ORDER as to JARED PAUL CANTRELL (1): Defendant's 100 Motion for Continued Release is denied. Defendant has failed to explain how his planned appeal would raise "a substantial question of law or fact," as required by 18 U.S.C. § 3143(b)(1)(B). He never explains what "statutory construction and interpretation" issues he plans to raise or which "definitions" he plans to challenge. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/6/2023. (lctnm1) (Entered: 07/06/2023) |
| 07/06/2023 | | NOTICE OF ERROR as to JARED PAUL CANTRELL regarding 99 Notice of Appeal – Final Judgment. The following error(s) need correction: Document incomplete, missing appellant and/or attorney for appellant signature. Please refile with a signature. (zltp) (Entered: 07/06/2023) |
| 07/06/2023 | 103 | NOTICE OF APPEAL – Final Judgment by JARED PAUL CANTRELL Fee Status: No Fee Paid. Parties have been notified. (Cooper, Peter) (Entered: 07/06/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )  Criminal No. 22-cr-121-1 (TNM)
)
Jared Cantrell )
)

## NOTICE OF APPEAL

Name and address of appellant:  Jared Cantrell
845 Lincoln St
Indianapolis IN 46203

Name and address of appellant's attorney:  Peter Cooper
PeterCooperLaw
400 Fifth Street, NW
Washington DC 20001
202.400.1434

Offense:

Concise statement of judgment or order, giving date, and any sentence:

Mr Cantrell was sentenced by Judge McFadden on 26 June 2023 to six months each on counts one and two, and one month on count four, all to run concurrently. Twelve months supervised release with four months home confinement.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

7/6/23
DATE

*Jared Cantrell (pc)*
APPELLANT

ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?  YES [ ]  NO [✓]
Has counsel ordered transcripts?  YES [ ]  NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [✓]  NO [ ]

AO 245B (Rev. 09/19) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
District of Columbia

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| JARED PAUL CANTRELL | ) | Case Number: 22-121-1 (TNM) |
| | ) | USM Number: 90527-509 |
| | ) | Peter A. Cooper |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☑ was found guilty on count(s)  1, 2, 4 of the Information filed on 4/7/2022
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building | 1/6/2021 | 1 |
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building | 1/6/2021 | 2 |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 4 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)  3

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

6/26/2023
Date of Imposition of Judgment

*[Signature]*
Signature of Judge

Trevor N. McFadden, U.S. District Judge
Name and Title of Judge

6/26/23
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
SIX (6) MONTHS as to Counts 1 and 2, and ONE (1) MONTH as to Count 4, all counts to run concurrently.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
 Sheet 3 — Supervised Release

Judgment—Page __3__ of __7__

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWELVE (12) MONTHS as to Counts 1 and 2, to run concurrently.

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

Judgment—Page 4 of 7

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Location Monitoring - You will be monitored by the form of location monitoring technology indicated herein for a period of four months, and you must follow the rules and regulations of the location monitoring program. The cost of the program is waived. Location monitoring technology at the discretion of the probation officer, including: Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); SmartLINK; or Voice Recognition This form of location monitoring technology will be used to monitor the following restriction on your movement in the community: You are restricted to your residence at all times except for medical necessities and court appearances or other activities specifically approved by the court (Home Incarceration).

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Community Service - You must complete 100 hours of community service. The probation officer will supervise the participation in the program by approving the program. You must provide written verification of completed hours to the probation officer.

Restitution Obligation - You are ordered to make restitution to the Architect of the Capitol in the amount of $500.

You are ordered to pay a fine in the amount of $4,000 on Count 1 and Count 2 each.

Payment of all financial obligations stated herein is a specific term of your supervised release.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 60.00 | $ 500.00 | $ 8,000.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia for disbursement to the following victim: Architect of the Capitol Office of the Chief Financial Officer Ford House Office Building, Room H2-205 Washington, DC 20515 |  | $500.00 |  |
| TOTALS | $ 0.00 | $ 500.00 |  |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☐ the interest requirement is waived for the    ☐ fine   ☐ restitution.

  ☐ the interest requirement for the    ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JARED PAUL CANTRELL
CASE NUMBER: 22-121-1 (TNM)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 60.00 due immediately, balance due

    ☐ not later than _____ , or
    ☑ in accordance with ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C,  ☐ D, or  ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
The financial obligations are immediately payable to the Clerk of the Court for the U.S. District Court, 333 Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk of the Court of the change until such time as the financial obligation is paid in full.

You must pay the financial obligations owed according to page 5.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.