UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:22-cr-121-1-(TNM) |
| ) | |
| JARED CANTRELL ) | |
| ) | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Rules Governing the Admission of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Jane Corbett Hinton Ruemmele for purposes of appearance as counsel on behalf of Jared Cantrell in the above-styled case only. Counsel makes this motion pursuant to Local Rules LCrR 44.1(c) and (d).

1. This motion is supported by the Declaration of Jane Corbett Hinton Ruemmele, filed herewith. As set forth in Ruemmele's declaration, she is admitted and an active member in good standing the following courts and bars: the Indiana State Bar, the Southern District of Indiana, the Northern District of Indiana and the Seventh Circuit.

2. Movant Peter Cooper is a member in good standing of the District of Columbia Bar and of this Court.

3. Jane Corbett Hinton Ruemmele's address and contact information are as follows:

   22 E. Washington Street
   Suite 610
   Indianapolis, IN 46204
   (317) 491.1050

4. Peter Cooper's address and contact information are as follows:

>PeterCooperLaw
>400 5th Street, NW.
>Suite 350
>Washington DC 20001
>(202) 400.1434

5. Jane Corbett Hinton Ruemmele has not been admitted *pro hac vice* to this Court in the last two years.

6. Jane Corbett Hinton Ruemmele certifies, by notarized attestation below, that she has not been disciplined by any bar.

For the above stated reasons, counsel respectfully that this Motion be granted.

>Respectfully Submitted,
>
>/s/ Peter A. Cooper
>
>Peter A. Cooper, (#478-082)
>400 Fifth Street, NW.
>Suite 350
>Washington DC 20001
>pcooper@petercooperlaw.com

**Certification:** I, Jane Corbett Hinton Ruemmele, swear and affirm under penalty of perjury that the above stated facts are true and accurate.

_Jane Corbett Hinton Ruemmele_

2

Notary: _____ Expiration: _Aug 17, 2030_

Laura Ellen Guildner
Notary Public Seal State of Indiana
Johnson County
Commission Number NP0655638
My Commission Expires 8/17/2030

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | |
| ) | |
| v.  ) | CASE NO. 1:22-cr-121-1-(TNM) |
| ) | |
| JARED CANTRELL  ) | |
| ) | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jane Corbett Hinton Ruemmele, pursuant to the Rules Governing the admission in the United States District Court for the District of Columbia. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jane Corbett Hinton Ruemmele may appear and participate in this action on behalf of Jared Cantrell. The Clerk shall provide electronic notification of all electronic filings to Jane Corbett Hinton Ruemmele at jane@chjrlaw.com.

It is ORDERED this _____ day of _____ 2023.

3

Hon. Trevor N McFadden

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Appear *Pro Hac Vice* is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 7th day of July 2023.

/s/ Peter A. Cooper
Peter A. Cooper

4