UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:22-cr-121-1-(TNM) |
| ) | |
| JARED CANTRELL ) | |
| _____ ) | |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with the Rules Governing the Admission of Attorneys of the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission *pro hac vice* of Jane Corbett Hinton Ruemmele for purposes of appearance as counsel on behalf of Jared Cantrell in the above-styled case only. Counsel makes this motion pursuant to Local Rules LCrR 44.1(c) and (d).

1. This motion is supported by the Declaration of Jane Corbett Hinton Ruemmele, filed herewith. As set forth in Ruemmele's declaration, she is admitted and an active member in good standing the following courts and bars: the Indiana State Bar, the Southern District of Indiana, the Northern District of Indiana and the Seventh Circuit.

2. Movant Peter Cooper is a member in good standing of the District of Columbia Bar and of this Court.

3. Jane Corbett Hinton Ruemmele's address and contact information are as follows:

    22 E. Washington Street
    Suite 610
    Indianapolis, IN 46204
    (317) 491.1050

4. Peter Cooper's address and contact information are as follows:

PeterCooperLaw
400 5th Street, NW.
Suite 350
Washington DC 20001
(202) 400.1434

5. Jane Corbett Hinton Ruemmele has not been admitted *pro hac vice* to this Court in the last two years.

6. Jane Corbett Hinton Ruemmele certifies, by notarized attestation below, that she has not been disciplined by any bar.

For the above stated reasons, counsel respectfully that this Motion be granted.

Respectfully Submitted,

/s/ Peter A. Cooper

Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com

**Certification:** I, Jane Corbett Hinton Ruemmele, swear and affirm under penalty of perjury that the above stated facts are true and accurate.

_____
Jane Corbett Hinton Ruemmele

2

# INDIANA NOTARY ACKNOWLEDGMENT

This certificate is attached to a __Motion To Appear Pro Hac Vice__ (title or type of document), dated __7/10/23__, of __3__ (number) pages.

State of Indiana

County of __MARION__

I, a Notary Public, hereby certify that __Jane Hinton Ruemmele__ whose name is signed to the foregoing instrument or conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of the conveyance, he/she/they executed the same voluntarily on the day the same bears date.

Given under my hand this the __10__ day of __July__, 20__23__.

(Seal, if any)

BROOKE N MCMILLIN
Notary Public - Seal
Marion County - State of Indiana
Commission Number NP0719975
My Commission Expires Apr 24, 2027

_(Signature of notarial officer)_

Title (and Rank): __Notary Public__

My commission expires: __4/24/27__

Page 1 of 1

Notary: _____     Expiration: _____

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 1:22-cr-121-1-(TNM) |
| ) | |
| JARED CANTRELL ) | |

## ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Jane Corbett Hinton Ruemmele, pursuant to the Rules Governing the admission in the United States District Court for the District of Columbia. This Court having considered the Motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Jane Corbett Hinton Ruemmele may appear and participate in this action on behalf of Jared Cantrell. The Clerk shall provide electronic notification of all electronic filings to Jane Corbett Hinton Ruemmele at jane@chjrlaw.com.

It is ORDERED this _____ day of _____ 2023.

3

Hon. Trevor N McFadden

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion to Appear *Pro Hac Vice* is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 11th day of July 2023.

/s/ **Peter A. Cooper**
Peter A. Cooper

4

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

United States of America
_____
                Plaintiff(s)           )
                                        )
                                        )
vs.                                     )   Case Number:  1-22-cr-121-1 (TNM)
                                        )
Jared Cantrell                          )
_____             )
                Defendant(s)

**DECLARATION FOR PRO HAC VICE ADMISSION**
(to be attached to Motion for Pro Hac Vice Admission)

In accordance with LCvR 83.2 (c)(2) and LCvR 44.1 (c)(2), I hereby declare that the answers to the following questions are complete, true, and correct:

1. Full Name: Jane corbett Hinton Ruemmele

2. State bar membership number: Indiana 6555-49

3. Business address, telephone and fax numbers:

   22 East Washington St. Suite 610, Indianapolis IN 46204, 317-491-1050, fax- N/A

4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law:

   IN State Bar, So. District of IN, Northern District of IN, 7cir.

5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body?   Yes ☐   No ☑

6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies?   Yes ☐   No ☑

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)

7. List the number of times the attorney has been admitted pro hac vice into this court within the last two years. once

   (If your principal office is located in the District of Columbia, please answer questions 8 and 9.)

8. Are you a member of the DC Bar?

9. Do you have a pending application for admission into USDC for the District of Columbia?

In compliance with Local Rule 83.2(b) or LCrR 44.1(b), an attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that he/she:

(CHECK ALL ITEMS THAT APPLY)

1. [✔] has previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [LCvR 83.2(b)(1)/LCrR 44.1(b)(1)]; **OR**

2. [✔] has participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [LCvR 83.2(b)(2)/LCrR 44.1(b)(2)]; **OR**

3. [ ] has satisfactorily completed a continuing legal education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [LCvR 83.2(b)(3)/LCrR 44.1(b)(3)]

I declare under penalty of perjury that the foregoing is true and correct.

7/6/2023
DATE

_____
SIGNATURE OF ATTORNEY

2