# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>**Plaintiff,** )<br>) **CAUSE NO: 1:22-cr-00121-TNM-1**<br>**vs.** )<br>)<br>**JARED PAUL CANTRELL,** )<br>)<br>)<br>**Defendant.** ) | |

## APPEARANCE OF COUNSEL

To:   The Clerk of this Court and all parties of record:

Jane H. Ruemmele of the law firm of Hayes Ruemmele LLC is authorized to practice law in this district and hereby enters her appearance as private counsel for Defendant.

Respectfully submitted,

HAYES RUEMMELE LLC

*/s/ Jane H . Ruemmele*
Jane H . Ruemmele
22 E. Washington St., Ste.610
Indianapolis IN 46204
jane@chjrlaw.com
T: 317-491-1050, F: 317-491-1043

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully submitted,

HAYES RUEMMELE LLC

*/s/ Jane H . Ruemmele*
Jane H . Ruemmele